IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN JEUNE, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| V. | : | |
| | : | |
| KENNETH ELWOOD, et al., | : | |
|     Respondents. | : | NO. 02-CV-3572 |

ORDER

**AND NOW**, this _____ day of June, 2002, it is hereby **ORDERED** and **DECREED** that the United States Attorney for the Eastern District of Pennsylvania shall file a response to the Petition for Habeas Corpus with the Clerk of the Court within twenty (20) days of the date of this Order.

BY THE COURT:

_____
Mary A. McLaughlin, J.