IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEAN JEUNE,                         :         CIVIL ACTION
    Petitioner               :
                             :
V.                                  :
                             :
KENNETH ELWOOD, et al.,             :
    Respondents.             :         NO. 02-CV-3572

ORDER

**AND NOW**, this _____ day of July, 2002, it is hereby **ORDERED** and **DECREED** that the petitioner's motion to dismiss the petition for writ of habeas corpus and complaint for declaratory and injunctive relief (Document No. 6) is **GRANTED** as it is uncontested. The petition for writ of habeas corpus and complaint for declaratory and injunctive relief are dismissed without prejudice

BY THE COURT:

_____
Mary A. McLaughlin, J.